UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ADIB TIMBUKTU,

        Plaintiff,

  v.                                        Case No. 07-C-622

DAVID A. CLARKE JR.,

        Defendant.

---

## ORDER OF DISMISSAL

---

Upon the foregoing Stipulation for Dismissal (Docket No. 43):

IT IS HEREBY ORDERED that the complaint, claims and causes of action of Adib Timbuktu, Plaintiff, against David A. Clarke Jr., Defendant, shall be and same hereby are DISMISSED with prejudice and without costs to any of the parties.

Dated this <u>1st</u> day of April, 2010.

                                                                       BY THE COURT:

                                                                       <u>s/AARON E. GOODSTEIN</u>
                                                                       United States Magistrate Judge